THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVITA INC, <br><br> Plaintiff, <br><br> v. <br><br> VIRGINIA MASON MEMORIAL HOSPITAL, f/k/a YAKIMA VALLEY MEMORIAL HOSPITAL and YAKIMA VALLEY MEMORIAL HOSPITAL EMPLOYEE HEALTH CARE PLAN <br><br> Defendants. | No. 2:19-cv-302-BJR <br><br> **SECOND STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE INITIAL DISCLOSURES** |

**ORDER**

THIS MATTER came before the Court on the Parties' Second Stipulated Motion for Extension of Time to File Initial Disclosures pursuant to FRCP 6(b). The Court has considered the Motion and it is HEREBY ORDERED that the extension is granted and the Initial Disclosures are now due on the earlier of: (1) 14 days after the Court's decision on Defendants' Motion to Dismiss; or (2) July 22, 2019.

DATED this 1st day of July, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge