The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DAVITA INC., | No. 2:19-cv-302-BJR |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR 30-DAY EXTENSION OF CERTAIN DEADLINES |
| VIRGINIA MASON MEMORIAL HOSPITAL, f/k/a YAKIMA VALLEY MEMORIAL HOSPITAL and YAKIMA VALLEY MEMORIAL HOSPITAL EMPLOYEE HEALTH CARE PLAN, | |
| Defendants. | |

**STIPULATION FOR 30-DAY EXTENSION
OF CERTAIN DEADLINES**

Pursuant to the Court's Order Regarding Initial Disclosures and submission of the Joint Status Report and Discovery Plan (the "Order") [Dkt 52], the Court set dates for a Rule 26(f) conference, initial disclosures, and the submission of the Joint Status Report and Discovery Plan.

The parties are diligently working towards settling this case. They have exchanged draft settlement documents and expect a settlement in this case soon. The parties stipulate to and respectfully propose that the deadlines set forth in the Court's Order are extended for an additional 30 days.

STIPULATION AND ORDER FOR 30-DAY EXTENSION OF
CERTAIN DEADLINES
(Case No. 2:19-cv-302-BJR) - 1

Per the Court's Order, Plaintiff's counsel (with consent of defense counsel) reached out by telephone to the Courtroom Deputy Clerk on July 9, 2021, regarding the stipulated extension, and were told to submit the request via a Stipulation and Proposed Order. The Court previously granted three extensions of these deadlines in 2021 on March 25, 2021, May 4, 2021, and May 28, 2021, per request of the parties in order for the parties to work on settling this case.

No parties will be prejudiced by the extension.

IT IS SO STIPULATED.

Dated: July 9, 2021

**KELLER ROHRBACK L.L.P.**

*/s/ Erin M. Riley*
Erin M. Riley, WSBA #30401
1201 Third Avenue, Suite 3200
Seattle, WA    98101
T: (206) 623-1900 | F: (206) 623-3384
eriley@kellerrohrback.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

Colin O'Brien *(pro hac vice)*
Timothy R. Macdonald *(pro hac vice)*
1144 Fifteenth Street, Suite 3100
Denver, CO    80202-2569
T: (303) 863-2360 | F: (303) 863-2301
colin.obrien@arnoldporter.com
timothy.macdonald@arnoldporter.com

*Attorneys for Plaintiff* Davita Inc.

Dated: July 9, 2021         **DAVIS WRIGHT TREMAINE L.L.P.**

*/s/ Richard Birmingham*
Richard Birmingham, WSBA #8685
920 Fifth Avenue, Suite 3300
Seattle, WA    98104
T: 206-622-3150
F: 206-757-7700
richbirmingham@dwt.com

Christine Hawkins, WSBA #44972

| | |
|---|---|
| 1 | 929 108th Avenue NE, Suite 1500 |
| 2 | Bellevue, WA    98004 |
| | T: 206-622-3150 |
| 3 | F: 206-757-7700 |
| | christinehawkins@dwt.com |
| 4 | |
| | *Attorneys for Defendants* |

STIPULATION AND ORDER FOR 30-DAY EXTENSION OF
CERTAIN DEADLINES
(Case No. 2:19-cv-302-BJR) - 3

**ORDER**

Having reviewed the foregoing Stipulation by the parties (Dkt. No. 53), and finding that good cause exists for the requested relief, the Court HEREBY GRANTS the relief requested as follows:

The FRCP 26(f) conference deadline is extended to August 2, 2021.

The initial disclosures deadline is extended to August 9, 2021.

The joint status report deadline is extended to August 16, 2021.

DATED July 9, 2021.

_____
Barbara Jacobs Rothstein
United States District Judge