UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DAVITA INC., | No. 2:19-cv-302-BJR |
| Plaintiff, | |
| v. | ORDER GRANTING 30-DAY EXTENSION OF CERTAIN DEADLINES |
| VIRGINIA MASON MEMORIAL HOSPITAL, et al., | |
| Defendants. | |

Having reviewed the parties' most recent stipulation and motion for a 30-day extension of certain deadlines (Dkt. No. 55), the Court GRANTS the relief requested as follows:

The FRCP 26(f) conference deadline is extended to September 1, 2021.

The initial disclosures deadline is extended to September 8, 2021.

The joint status report deadline is extended to September 15, 2021.

DATED August 2, 2021.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
United States District Judge

ORDER - 1