The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DAVITA INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>VIRGINIA MASON MEMORIAL HOSPITAL, f/k/a YAKIMA VALLEY MEMORIAL HOSPITAL and YAKIMA VALLEY MEMORIAL HOSPITAL EMPLOYEE HEALTH CARE PLAN,<br><br>　　　　　　　Defendants. | No. 2:19-cv-302-BJR<br><br>ORDER GRANTING JOINT STIPULATION TO VACATE DEADLINES AND NOTICE OF ANTICIPATED SETTLEMENT |

Having reviewed the Joint Stipulation to Vacate Deadlines and Notice of Anticipated Settlement, and finding that good cause exists for the requested relief, the Court HEREBY GRANTS the relief requested as follows:

All future deadlines have been vacated in light of the Notice of Anticipated Settlement. The Parties shall notify the Court on or before September 27, 2021 if any issues arise.

DATED this 17th day of September, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
United States District Judge